From:    Richard F. Brueckner <CEO@pershing.com>
Sent:    10/3/2008 7:31:07 PM +00:00
To:      "Pickett, Randall C." <STANFORDEAGLE/SFG/RECIPIENTS/RPICKETT>
Subject: Pershing's Financial Position



Dear Advisor,

You may have received inquiries from investors about the strength of financial service providers as a result of the recent market turmoil. We are sharing the following information to help you respond to inquiries you may receive.

Pershing LLC (Pershing), and our parent company, The Bank of New York Mellon Corporation, remain in a strong financial position.

The following are some key facts and information about Pershing Advisor Solutions LLC, the broker-dealer for your Managed Account Link® accounts, and Pershing, the custodian for your accounts, both affiliates of Lockwood Advisors, Inc.:

- Pershing is the leading provider of clearing services to broker-dealers and also provides custody services to registered investment advisors and money managers.
- Pershing holds in custody approximately $934 billion of clients' assets globally on behalf of the financial institutions we serve (as of August 31, 2008).
- Pershing is well capitalized and our capital ratios exceed those required by regulators. (See www.pershing.com for Pershing's Statement of Financial Condition as of June 30, 2008.)
- Pershing Advisor Solutions and Pershing do not originate, underwrite, or proprietarily trade subprime securities, collateralized debt obligations, or mortgage-backed securities, and we are not a retail mortgage underwriter or residential lender.
- Clients' accounts held in custody at Pershing are protected by the Securities Investor Protection Corporation (SIPC) up to $500,000 of which $100,000 can be cash. (See www.sipc.org for additional information.)
- In addition to SIPC protection, Pershing has obtained additional protection for client assets in custody through an industry captive insurer, Customer Asset Protection Company, for the full net equity of your clients' holdings in excess of SIPC limits. (See www.capcoexcess.com for additional information.)
- Pershing segregates fully paid for securities on behalf of clients in accordance with industry rules and regulations.

Below are some key facts and information about our parent company, The Bank of New York Mellon Corporation, a leading global asset management and securities services firm:

- The Bank of New York Mellon ranks among the top large-cap financial services companies with a market capitalization of approximately $42 billion as of September 26, 2008. (See The Bank of New York Mellon's Second Quarter 2008 Financial Results for additional information.)
- The Bank of New York Mellon has more than $23 trillion in assets under custody.
- The Bank of New York Mellon does not underwrite or warehouse subprime securities or collateralized debt obligations.
- As of June 30, 2008, The Bank of New York Mellon holds $1.66 billion of subprime securities, and $79 million of collateralized debt obligations backed by subprime in its

CROWELL029241

investment securities portfolio. These amounts ($1.74 billion) represented only 4% of the total portfolio ($44.3 billion). The securities in The Bank of New York Mellon's core asset and mortgage-backed securities portfolio are highly rated with 93% rated AAA.

Pershing takes seriously our responsibilities to serve registered investment advisors, broker-dealers, and money managers, and to protect clients' assets. Despite the current market conditions, we believe we are in a strong position to continue to serve our customers well, as we have throughout our 70 year history.

We appreciate the trust and confidence you place in us and look forward to working with your practice for many years to come.

Best regards,



Richard F. Brueckner
Chairman and Chief Executive Officer
Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation.
One Pershing Plaza, Jersey City, New Jersey 07399

CROWELL029242