**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| T. DENNY SANFORD,<br><br>      Plaintiff,<br><br>v.<br><br>PERSHING LLC,<br><br>      Defendant. | Civil Action No. 3:15-cv-03832-N-BV |

**MOTION FOR LEAVE TO FILE AN AMENDED PROPOSED PRETRIAL ORDER**
**AND SUGGESTION OF REMAND**

Plaintiff T. Denny Sanford hereby moves this Court for leave to file an amended Proposed Pretrial Order and accompanying materials, including amended exhibit and witness lists and designations of prior testimony. In addition, or in the alternative, Plaintiff moves for the Court to suggest that the Judicial Panel on Multidistrict Litigation remand this case to the District of New Jersey for all further proceedings.

In accordance with Local Rule 7.1, this Motion is accompanied by a Brief supporting the Motion and a Certificate of Conference immediately below, and a Proposed Order and Suggestion of Remand accompany this Motion.

**CERTIFICATE OF CONFERENCE UNDER LOCAL CIVIL RULE 7.1(b)**

The undersigned counsel hereby certifies that on May 15 and 26, 2026, Plaintiff's counsel, conferred with Defendant's counsel via zoom on the matters raised by this Motion. Counsel for Defendant agrees to the Suggestion of Remand to the District of New Jersey for trial and for ruling on the pending evidentiary motions. *See* ECF Nos. 58-60. Counsel for Defendant opposes granting leave to file an amended proposed pretrial order and pretrial materials.

**CONCLUSION**

This Court should grant leave to file an amended proposed pretrial order and pretrial materials, including amended exhibit and witness lists and designations of prior testimony. In addition, or in the alternative, the Court should suggest that the Judicial Panel on Multidistrict Litigation remand this case to the District of New Jersey for all further proceedings.

DATED: June 4, 2026                                Respectfully submitted,

                                                   **STEARNS WEAVER MILLER WEISSLER**
                                                   **ALHADEFF & SITTERSON, P.A.**

                                                   By: */s/ Jay B. Shapiro*
                                                   Jay B. Shapiro (admitted *pro hac vice*)
                                                   Ezra S. Greenberg (admitted *pro hac vice*)
                                                   150 W Flagler Street, Suite 2200
                                                   Miami, Florida 33130
                                                   Telephone: (305) 789-3200
                                                   Facsimile: (305) 789-3395
                                                   jshapiro@stearnsweaver.com
                                                   egreenberg@stearnsweaver.com

                                                   Michael E. Criden
                                                   Lindsey C. Grossman
                                                   **CRIDEN & LOVE, P.A.**
                                                   7301 S.W. 57th Court, Suite515
                                                   South Miami, Florida 33143
                                                   Telephone: (305) 357-3900
                                                   Facsimile: (305) 357-9050
                                                   mcriden@cridenlove.com
                                                   lgrossman@cridenlove.com

                                                   *Attorneys for Plaintiff T. Denny Sanford*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this June 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Ezra S. Greenberg
Ezra S. Greenberg (admitted *pro hac vice*)